1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00130-JLT-SKO |
12 |                Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
13 |           v. | |
14 | Esam ALI (1), and | DATE: November 16, 2022 |
15 | Fawaz ALI (2), | TIME: 1:00 p.m. COURT:  Hon. Shiela K. Oberto |
16 |                Defendants. | |

17

18     This case is set for status conference and trial setting conference on November 16, 2022.

19     As set forth below, the parties now request, by stipulation, that the Court vacate the November

20 16, 2022 status conference, set the matter for a jury trial on July 18, 2023 at 8:30 am before the

21 Honorable Jennifer L. Thurston, and to exclude the time period between November 16, 2022 and July

22 18, 2023 under the Speedy Trial Act.

23                                  **STIPULATION**

24     Plaintiff United States of America, by and through its counsel of record, and defendants, by and

25 through defendants' counsel of record, hereby stipulate as follows:

26     1.     By previous order, this matter was set for status on November 16, 2022.

27     2.     By this stipulation, defendants now move to vacate the status conference, set a jury trial

28 for July 18, 2023, and to exclude time between November 16, 2022, and July 18, 2023, under Local

   Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      In January 2022, the undersigned government counsel substituted into this case.

b)      The government has represented that the discovery associated with this case is voluminous and includes many thousands of hours of wiretap calls, hundreds of hours of video, hundreds of investigative reports, hundreds of pictures, and extensive other evidence.  This case was a multi-agency wiretap investigation that lasted nearly a year.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

c)      Counsel for defendant desires additional time consult with his/her client, to review the current charges, to conduct further investigation and research related to the charges, to review discovery, to discuss potential resolution with government counsel, to evaluate potential pretrial motions.  The COVID-19 pandemic has and continues to make certain tasks, such as client meetings, meetings with the government, and case investigation more difficult and more time consuming.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 16, 2022 to July 18, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 8, 2022                      PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ JEFFREY A. SPIVAK
                                             JEFFREY A. SPIVAK
                                             Assistant United States Attorney


Dated:  November 8, 2022                      /s/ Carol Moses
                                             Carol Moses
                                             Counsel for Defendant
                                             Esam ALI (1)


Dated:  November 8, 2022                      /s/ David Balakian
                                             David Balakian
                                             Counsel for Defendant
                                             Fawaz ALI (2)


## ORDER

IT IS SO ORDERED.

DATED: 11/9/2022                   _Sheila K. Oberto_
                                   HON. SHEILA K. OBERTO
                                   UNITED STATES MAGISTRATE JUDGE