CAROL ANN MOSES #164193
ATTORNEY AT LAW
510 EAST CORAL POINTE
FRESNO, CA 93730
TELEPHONE: (559) 240-5456

carol@yosemitelawyer.com

Attorney for Defendant
ESAM ALI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>ESAM ALI<br><br>                        Defendant. | CASE NO.  1:20-CR-00130-JLT-SKO<br><br>UNOPPOSED MOTION TO EXTEND REPORT DATE TO JANUARY 31, 2025 AND ORDER<br><br>Date:<br>Time:<br>Court:    Honorable Jennifer L Thurston |

**UNOPPOSED MOTION TO EXTEND REPORT
DATE TO JANUARY 24, 2025**

Mr. ESAM ALI pleaded guilty to one count of a 14-count Indictment, charging him with Bank Fraud in violation of 18 U.S.C.§ 1344, on January 29, 2024, for conduct which occurred at the end of 2016. Mr. Ali was arrested on June 27, 2021and served three days in custody. Mr. Ali has no prior nor subsequent arrests. There were no incidents while on Pre-Trial Release; in other words, he was successful on Pre-Trial Release. Before he was sentenced, Mr. Ali made restitution payments totaling $12,000. Mr. Ali was sentenced on October 15, 2024, to 10 months incarceration, and required to pay $186,193.81 in restitution and a $10 Assessment Fee. He is required to report to the Bureau of Prisons on or before January 13, 2025, to begin serving his sentence.

Mr. Ali had hemorrhoidectomy surgery on December 10, 2024. Outpatient notes and a letter from Adventist Health recommend patient post op recovery for 6 weeks.  Please see the attached documents. It is Mr. Ali's request that his report date be extended from January 13, 2025, to January 31, 2025.

Assistant United States Attorney, Jeffrey Spivak, has no objection to this motion and to an extension of time for Mr. Ali to report to serve his prison sentence.

Dated: January 2, 2025

> Respectfully submitted,
>
> /s/ *Carol Ann Moses*
> CAROL ANN MOSES
> Attorney for Defendant
> ESAM ALI

ORDER

The Court, finding Good Cause and based on the above Unopposed Motion to Extend the Report Date for Esam Ali in Case Number 1:20-CR-00130-JLT-SKO from January 13, 2025, to January 31, 2025 is GRANTED. Defendant Ali is to report to the Bureau of Prisons on or before January 31, 2025.

IT IS SO ORDERED.

Dated:   **January 3, 2025**

_____
UNITED STATES DISTRICT JUDGE